UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARON R.J. GREEN,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF KERN, *et al.*,<br><br>             Defendants. | No. 1:25-cv-0614-KES-EPG(PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 14 |

Plaintiff SaRon Green is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff seeks to hold the defendants liable for violations of his rights related to a mortuary release form. *See generally* Doc. 12.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice for failure to state a claim. Doc. 14. The magistrate judge found, "While Plaintiff lists various constitutional violations throughout, such as the contracts clause, the takings clause, and due process, he does not describe what facts support what claims. Plaintiff also does not name any person who allegedly violated his rights." *Id.* at 4.  To the extent Plaintiff alleged fraud related to the mortuary release form, the magistrate judge found "that claim is also subject to dismissal because it is a state law claim that cannot proceed as the only claim in federal court, and because Plaintiff has not indicated he

1

complied with the California Government Claims Act." *Id.* at 5.  The magistrate judge recommended the Court dismiss the action without prejudice.  *Id.* at 6.

Plaintiff filed timely objections on May 17, 2026.  Doc. 15.  Plaintiff contends he was unaware that he needed to comply with the California Government Claims Act to proceed with a tort claim.  *Id.* at 2-3.  He asserts that he would like to stand on his complaint as filed and requests the Court not dismiss the action.  *Id.* at 3.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  Plaintiff acknowledges that he did not comply with the California Government Claims Act to bring a claim for fraud.  Even if Plaintiff alleged compliance, the Court would lack jurisdiction over the claim because there is not a cognizable claim under federal law, as required to invoke supplemental jurisdiction in this action.  *See* 28 U.S.C. § 1367.  The Court ORDERS:

1.  The findings and recommendations issued on April 24, 2026 (Doc. 14), are ADOPTED in full.

2.  This action is DISMISSED without prejudice, due to Plaintiff's failure to state a claim.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: <u>June 1, 2026</u>

_____
UNITED STATES DISTRICT JUDGE

2